UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ANDRE R. KABIR,
    Plaintiff,

v.

    Civil Action 2:09-cv-01061
    Judge Edmund A. Sargus
    Magistrate Judge E.A. Preston Deavers

JOHN E. POTTER, POSTMASTER
GENERAL, UNITED STATES POSTAL
SERVICE, *et al.*,
    Defendants.

## ORDER

This matter is before the Court for consideration of Plaintiff's Motion for Reconsideration, labeled as a "Notice of Appeal," of the Magistrate Judge's Order denying Plaintiff's Motion to Amend the Consolidated Complaint. The caption of the motion, "Notice of Appeal," does not describe the substance of the motion. The Court treats the filing as an objection to a non-dispositive (meaning not a matter ending the case) decision of a Magistrate Judge under Fed. R. Civ. P. 72(a). (ECF No. 70.) Plaintiff's Motion is **DENIED**. The Court notes that the information in the proposed complaints is already available in the record and will be considered. This case is now at a point where it must move beyond the pleading stage. Accordingly, as the Magistrate Judge noted, the Consolidated Complaint (ECF No. 54) will serve as the working document setting forth Plaintiff's causes of action. No further amendments will be allowed.

**IT IS SO ORDERED.**

12-7-2011
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE