AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**ANDRE R. KABIR,**

       **Plaintiff,**

                         **JUDGMENT IN A CIVIL CASE**

**vs.**

**PATRICK R. DONAHUE,**         **CASE NO. 2:09-CV-01061**
**POSTMASTER GENERAL,**       **JUDGE EDMUND A. SARGUS, JR.**
**UNITED STATES POSTAL**        **MAGISTRATE JUDGE ELIZABETH P. DEAVERS**
**SERVICE, et al.,**

       **Defendants.**

   ___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

   X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

       **Pursuant to the Opinion and Order filed December 11, 2012,  JUDGMENT is hereby entered DISMISSING this case.**

Date: December 11, 2012                        JOHN P. HEHMAN, CLERK

                                                   */S/ Andy F. Quisumbing*
                                                  (By) Andy F. Quisumbing
                                                  Courtroom Deputy Clerk