UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ANDRE R. KABIR,

        Plaintiff,

v.

PATRICK R. DONAHUE, POSTMASTER
GENERAL, UNITED STATES POSTAL
SERVICE,

        Defendant.

Case No. 2:09-CV-01061
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

## ORDER

This matter is before the Court for consideration of Plaintiff's Motions involving correction of the record. (ECF Nos. 111, 112.) Although not entirely clear, Plaintiff apparently seeks to supplement the record in this case. Plaintiff's Motions are **DENIED**. On December 11, 2012, the Court granted Defendant's Motion for Summary Judgment and entered judgment in this case. Subsequently, Plaintiff filed a Notice of Appeal. Moreover, the Court has already received and ruled on Plaintiff's Motion to Proceed *In Forma Pauperis* on Appeal. Under these circumstances, the Court finds it unnecessary for Plaintiff to add supplemental records to this Court's docket at this time. The Court makes no determination as to whether Plaintiff may file supplemental documents directly with the United States Court of Appeals for the Sixth Circuit. Moreover, to the extent Plaintiff is concerned, the Sixth Circuit will have access to the docket filings in this case.

        **IT IS SO ORDERED.**

3-29-2013
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE